**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Quincy Deshan Butler v. Bank of America

Appellate case number:  01-19-00172-CV

Trial court case number: 2018-40373

Trial court:            55th District Court

     Appellant filed an affidavit of inability to pay costs in the trial court.  The appellate record does not indicate that the trial court overruled the party's claim of indigence.  *See* TEX. R. APP. 20.1(b)(1).  Appellant also communicated to this Court that he is indigent.  We construe appellant's filing as his communication that he is presumed indigent.  *See* TEX. R. APP. 20.1(b)(2).  Appellant may therefore proceed on appeal without payment of costs.  *See* TEX. R. APP. P. 20.1(b)(1).

     The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs.  *See* TEX. R. APP. P. 20.1(b)(1).

     The trial court clerk is **ORDERED** to provide a complete copy of the clerk's record and the reporter's record, if any, to appellant without charge.  *See* TEX. R. CIV. P. 145.

Judge's signature: ____/s/ Sherry Radack_____
          ☒  Acting individually    ☐  Acting for the Court

Date:    July 23, 2019